# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

Lisa A. Cahill
Litigation Counsel
Direct Dial: 212-837-6155
E-mail: cahill@hugheshubbard.com

U.S. _____ .N.Y.

★ SEPT 14 2005 ★

BROOKLYN OFFICE

September 1, 2005

**BY HAND**

The Honorable John Gleeson
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201



Granted.
So ordered

s/John Gleeson

9/2/05

Re: In the Matter of the Application of the New York City
School Construction Authority For An Order Authorizing
the Unsealing and Inspection of a Presentence Report in
United States v. Nicos Trataros, Misc. 05-160

Dear Judge Gleeson:

I represent Nicos Trataros, whose presentence report in a criminal case before this
Court is now the subject of an unsealing application from the New York City School
Construction Authority. Pursuant to a scheduling proposal "so ordered" by the Court on July 15,
2005 (a copy of which is annexed hereto), the matter is currently scheduled for oral argument on
September 9, 2005.

Because I will be traveling out of the country on that date, I respectfully write to
request a brief two-week adjournment of that oral argument date. I have conferred with all
interested parties and can report to the Court that none oppose this request, save the SCA, which
takes no position on it. I have also conferred with the Court's chambers and am advised that the
Court has availability at 10:30 a.m. on September 23, 2005. Should the Court grant this request
and adjourn the oral argument to that date and time, we would respectfully request that the
SCA's deadline for filing a reply be correspondingly extended from September 2 to
September 16, 2005.

I thank the Court in advance for its consideration of this adjournment and related
briefing extension request.

Respectfully,

Lisa A. Cahill

Enclosure

47, Avenue Georges Mandel    1775 I Street, N.W.    350 South Grand Avenue    201 South Biscayne Boulevard    Shiroyama JT Trust Tower, 16F    101 Hudson Street
75116 Paris, France          Washington, D.C.       Los Angeles, California    Miami, Florida               4-3-1 Toranomon, Minato-ku     Jersey City, New Jersey
(33) (1) 44.05.80.00         20006-2401             90071-3442                 33131-4332                   Tokyo 105-6016 Japan           07302-3918
                             202-721-4600           213-613-2800               305-358-1666                 (81)(3) 5403-4649              201-536-9220

NY 979871_1.DOC

# Hughes Hubbard & Reed LLP

cc:    Clerk of the Court (by hand)
John G. Epstein, Esq. (by facsimile)
Richard Faughnan, Assistant U.S. Attorney (")
Diane Nelson, U.S. Probation Officer (")
Jennifer Redmond, Esq. (")
Timothy Hegarty, Esq. (")